CARL DOMRES, Appellant, v. SUSIE M. STORMS, as Executrix, etc., of FREDERICK W. STORMS, Deceased, Respondent.— Motion to amend order of reversal denied; motion for reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied on the ground that leave to appeal is unnecessary.

ROBERT PROVO, Appellant, v. CITY OF SYRACUSE, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 236 App. Div. 878.]

CATALDO MAIRA, an Infant, etc., Respondent, v. JACOB EISSENSTAT, Appellant. — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of JOHN M. PROPHET, and Other Stockholders of the KURLASH COMPANY, INCORPORATED, to Review the Election of Five Directors of Said Corporation, Claimed to Have Been Chosen at the Meeting of the KURLASH COMPANY, INCORPORATED, Held May 9, 1932.— Motion for reargument denied, with ten dollars costs.

WILLIAM B. MAPES, Respondent, v. PIERCE BAKING COMPANY, INCORPORATED, Appellant, and HAROLD H. MICHAEL, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

JOSEPH SIVECZ and Another, Appellants, v. MATTHEW GAEIRE, Also Known as MATHEW GUERRA, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

JENNIE E. TENNEY, as Limited Administratrix, etc., of E. M. TENNEY, Deceased, Respondent, v. HESTER HOPKINS and JESSE HOPKINS, Appellants, and MARGUERITE TAGGART, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Application for stay under section 591 of the Civil Practice Act granted.

FRANK E. BARBER, Appellant, Respondent, v. MORRIS SINGER, Appellant, Respondent. MORRIS SINGER, Appellant, Respondent, v. FRANK E. BARBER, Appellant, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.

ANNIE HAYES, Appellant, v. WILLIAM HARDIKER and Others, Respondents, and STEPHEN SMYTH HARDIKER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The decree of the Surrogate's Court of May 9, 1929, construing the will in a proceeding instituted by Stephen Smyth Hardiker is a complete bar to the relief sought by the defendant Stephen Smyth Hardiker in his answer in this action.

CORA JOHNSON, Respondent, v. STAR PERMANENT WAVE CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied.

In the Matter of the Estate of CHARLES MORRAN, Deceased.— Decree affirmed, with costs. All concur.

MORRIS HURWITZ, Appellant, v. MATTHEW V. BYRNE, Respondent.— Judgment affirmed, with costs. All concur.

FRANK TROJNAR, Respondent, v. JOHN STONER and Another, Appellants.— Judgment and order affirmed, with costs. All concur.